IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 23-CR - 10043 |
| | ) | |
| JACK L. NIMRICK, | ) | VIO: 18 U.S.C. § 1466A(b)(1) & (d) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

**INDICTMENT**

NOV 2 1 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The Grand Jury charges:

**COUNT ONE**
**(Possession of Obscene Visual Representation of the Sexual Abuse of Children)**

On or about August 8, 2023, in Peoria County, in the Central District of Illinois, the defendant,

**JACK L. NIMRICK,**

having been previously convicted under Chapter 110 of Title 18, United States Code, knowingly possessed at least one visual depiction that depicts a minor engaging in sexually explicit conduct, as defined by Title 18, United States Code, Section 2256(2)(A), knowing that the contents of said visual depiction were of a sexually oriented nature, which visual depiction was obscene and was produced using materials that were mailed, and that were shipped and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Section 1466A(b)(1) and (d).

1

## FORFEITURE NOTICE

Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is notified that:

Upon conviction of any offense alleged in Count One of this indictment, defendant JACK L. NIMRICK shall forfeit to the United States of America all of his interest in: (a) any obscene material produced in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense.

All in accordance with Title 18, United States Code, Section 1467.

A True Bill,
s/Foreperson

Foreperson

s/Ron Hanna

GREGORY K. HARRIS
UNITED STATES ATTORNEY

RLH